```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
In re SHELDON BERT LEARY.                                         :
:
                              Debtor.                             :
------------------------------------------------------------------X              1:20-cv-8050-GHW
:
GREAT LAKES EDUCATION LOAN                                        :                    ORDER
SERVICES, INC.,                                                   :
:
                              Appellant,                          :
:
            -against-                                             :
:
SHELDON BERT LEARY,                                               :
:
                              Appellee.                           :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On September 29, 2020, the Court ordered that, pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by 30 days after the "docketing of notice that the record has been transmitted or is available electronically." Dkt. No. 3. On October 7, 2020 and October 9, 2020, Appellant provided the Court with the designation of the record on appeal and supplemental documents from the bankruptcy proceeding. *See* Dkt. Nos. 5, 9. The Court has not received Appellant's brief. Accordingly, Appellant is directed to provide the Court with a status update by no later than January 15, 2021.

      Appellant is directed to serve a copy of this order on Appellee and to retain proof of service.

      SO ORDERED.

Dated: January 8, 2021

                                                                GREGORY H. WOODS
                                                           United States District Judge