USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                    :

In re SHELDON BERT LEARY.                        :

                                                    Debtor.    :                    1:20-cv-8050-GHW
-------------------------------------------------------------------- X
                                                    :                        <u>ORDER</u>

GREAT LAKES EDUCATION LOAN        :
SERVICES, INC.,                              :

                                            Appellant,   :

                                          -against-                :

SHELDON BERT LEARY and U.S.         :
DEPARTMENT OF EDUCATION,           :

                                                Appellees.   :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        In its Notice of Appeal, Appellant Great Lakes Education Loan Services named Sheldon Leary and the United States Department of Education as parties to this bankruptcy appeal. Dkt. No. 1. However, when the case was initiated on September 29, 2020, the U.S. Department of Education was not listed as a party on the docket. On March 12, 2021, the Clerk of Court added the U.S. Department of Education to the docket in this case.

        On September 29, 2020, the Court ordered that, pursuant to Federal Rule of Bankruptcy Procedure 8018, Appellant's brief must be served and filed by 30 days after the "docketing of notice that the record has been transmitted or is available electronically[,]" that Appellee's brief must be served and filed within 30 days after service of Appellant's brief, and that Appellant may serve and file a reply brief within 14 days after service of Appellee's brief. Dkt. No. 3. On January 13, 2021, the Court was notified that the record was available electronically. Dkt. No. 12. On January 19, 2021, Appellant submitted its brief in support of its appeal and served the brief on Mr. Leary. Dkt. Nos. 13-14.

Because the U.S. Department of Education was not provided with the Court's prior orders nor Appellant's brief, the Court will extend the briefing period provided in its September 29, 2020 order. Appellant is directed to serve a copy of its brief at Dkt. No. 13 on the U.S. Department of Education and to file proof of service on the docket. If the U.S. Department of Education wishes to respond, any response is due by no later than thirty days after the date of service of Appellant's brief.

The Court understands that Mr. Leary is representing himself *pro se*. The Court reminds Mr. Leary that he may file a response to Appellant's brief if he wishes. Any response by Mr. Leary is due by no later than March 31, 2021.

The Clerk of Court is directed to serve a copy of this order on Appellees.

SO ORDERED.

Dated: March 12, 2021

_____
GREGORY H. WOODS
United States District Judge