```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                     :

In re SHELDON BERT LEARY.                               :

                                                                    Debtor.    :                 1:20-cv-8050-GHW
-------------------------------------------------------------- X
                                                                                                      :                  <u>ORDER</u>

GREAT LAKES EDUCATION LOAN              :
SERVICES, INC.,                                                           :

                                                            Appellant,       :

                                   -against-                                     :

SHELDON BERT LEARY and U.S.               :
DEPARTMENT OF EDUCATION,                  :

                                                            Appellees.    :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Appellant Great Lakes Education Loan Services ("Great Lakes") initiated this action on September 22, 2020.  Dkt. No. 1.  On March 12, 2021, the Court extended the briefing period to provide Appellees U.S. Department of Education (the "DOE") and Mr. Leary an opportunity to reply to Great Lakes' brief.  Dkt. No. 15.  On March 17, 2021, the DOE informed the Court that it did not intend to submit a response.  Dkt. No. 17.  The deadline for Mr. Leary to submit his brief was March 31, 2021.  Dkt. No. 15.  As of today, the Court has not received a response from Mr. Leary, nor a request for an extension of the deadline.  Accordingly, the Court considers Great Lakes' appeal to be fully briefed.

        The Clerk of Court is directed to serve a copy of this order on Mr. Leary.

        SO ORDERED.

Dated: April 2, 2021                                           _____
New York, New York                                      GREGORY H. WOODS
                                                               United States District Judge